UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

BAYERISCHE LANDESBANK, NEW YORK
BRANCH,

                Plaintiff,

    -against-

BARCLAYS CAPITAL INC., BARCLAYS BANK PLC,
STATE STREET GLOBAL ADVISORS, STATE
STREET BANK AND TRUST COMPANY, and STATE
STREET CORPORATION,

                Defendants.

------------------------------------------------------------------- X

12 Civ. 3294 (LLS)

**NOTICE OF MOTION**

**ORAL ARGUMENT
REQUESTED**

        PLEASE TAKE NOTICE that, upon the accompanying Joint Memorandum of

Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and the

Declaration of Clair B. Kwon and the exhibits attached thereto, Defendants Barclays Capital

Inc., Barclays Bank PLC (collectively, "Barclays"), State Street Global Advisors, State Street

Bank and Trust Company, and State Street Corporation (collectively, "State Street") (collectively

with Barclays, the "Defendants"), by and through their undersigned attorneys, will move before

the Honorable Louis L. Stanton, United States District Judge, at the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl St., Courtroom 21(C), New York, New York 10007, on

such date as the Court will determine, for an Order dismissing the Amended Complaint in the

above-captioned action with prejudice, pursuant to the Private Securities Litigation Reform Act

of 1995, 15 U.S.C. § 78u-4(b), and Fed. R. Civ. P. 9(b) and 12(b)(6).

        PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 6.1 and 6.4 of the

Local Civil Rules of the United States District Courts for the Southern District of New York and

Rule 6 of the Federal Rules of Civil Procedure, and because Defendants are serving the motion

papers on Plaintiff by hand delivery, Plaintiff must file and serve its opposition papers, if any, on

or before August 28, 2012.

Dated: New York, New York
      August 14, 2012


Respectfully submitted,

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

ROPES & GRAY LLP


By: *Meredith Kotler by CK*
    Meredith E. Kotler
    Laura A. Zuckerwise
    Clair B. Kwon

By: *Robert Jones by CJC*
    Robert G. Jones
    Daniel J. Maher

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Telephone: (617) 951-7564
Facsimile: (617) 235-045

*Attorneys for Defendants Barclays Capital
Inc., and Barclays Bank PLC*

*Attorneys for Defendants State Street Global
Advisors, State Street Bank and Trust
Company, and State Street Corporation*

To:    Gerald H. Silk
        Avi Josefson
        Jai Chandrasekhar
        Michael D. Blatchley

        BERNSTEIN LITOWITZ
        BERGER & GROSSMAN LLP
        1285 Avenue of the Americas, 38th FL
        New York, NY 10019

        *Attorneys for Plaintiff*