UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYERISCHE LANDESBANK, NEW YORK BRANCH,<br><br>   Plaintiff,<br><br>  -vs.-<br><br>BARCLAYS CAPITAL INC., BARCLAYS BANK PLC, STATE STREET GLOBAL ADVISORS, STATE STREET BANK AND TRUST COMPANY, and STATE STREET CORPORATION,<br><br>   Defendants. | Case No.:  12 Civ. 3294 (LLS)<br><br>ECF Case |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, by and among the parties to this action, Plaintiff Bayerische Landesbank, New York Branch and Defendants Barclays Capital Inc., Barclays Bank PLC, State Street Global Advisors, and State Street Bank and Trust Company through their undersigned counsel, that the above-captioned matter is hereby dismissed in its entirety with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure, with all rights of appeal waived, and with each party to bear its own fees and costs.

Dated:  October 9, 2013

| ROPES & GRAY LLP | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
|---|---|
| By: /s/ Robert G. Jones<br>Robert G. Jones<br>800 Boylston Street<br>Boston, MA 02199-3600<br>(617) 951-7564<br>Robert.jones@ropesgray.com | By: /s/ Gerald H. Silk<br>Gerald H. Silk<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>(212) 554-1282<br>jerry@blbglaw.com |
| *Attorney for Defendants State Street Global Advisors, and State Street Bank and Trust Company* | *Attorney for Plaintiff Bayerische Landesbank, New York Branch* |

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Meredith E. Kotler
Meredith E. Kotler
One Liberty Plaza
New York, NY  10006
(212) 225-2130
mkotler@cgsh.com

*Attorney for Defendants Barclays Capital Inc. and Barclays Bank PLC*